B1 (Official Form 1 (04/13))

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**American Laser Skincare, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>f/k/a/ Bellus ALC Acquisition, LLC | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>90-0784013 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>24555 Hallwood Court<br>Farmington Hills, MI<br>ZIP CODE 48335 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Oakland | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above).<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding or against debtor is pending

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose.
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. a small business debtor as defined in 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**American Laser Skincare, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: **Please see attached Schedule 1** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>**Please see attached Schedule 2** | Case Number:<br>**TBD** | Date Filed: |
| District:<br>**District of Delaware** | Relationship:<br>**Affiliates** | Judge:<br>**Pending** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____<br>
    (Name of landlord that obtained judgment)

    _____<br>
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

B1 (Official Form 1) (04/13)   Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>American Laser Skincare, LLC |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (if not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>X _____<br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney***<br><br>X  /s/ Robert S. Brady<br>Signature of Attorney for Debtor(s)<br><br>Robert S. Brady<br>Printed Name of Attorney for Debtor(s)<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br><br>Date: 12/4/14<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  /s/ Garry Herdler<br>Signature of Authorized Individual<br><br>Garry Herdler<br>Printed Name of Authorized Individual<br><br>Title: Interim Chief Financial Officer<br>Date: 12/4/14 | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## SCHEDULE 1

## ALL PRIOR BANKRUPTCY CASES FILED WITHIN LAST 8 YEARS

On December 8, 2011, certain predecessor entities (the "Previous Debtors") filed petitions for relief, commencing cases (the "Previous Cases") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). In the Previous Cases, the Bankruptcy Court entered its *Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (III) Authorizing the Assumption and Assignment or Rejection of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [Docket No. 387] authorizing the sale of substantially all of the Previous Debtors' assets to the debtor in this chapter 11 case and/or its affiliates. While Bellus ALC Investments I, LLC only purchased assets from these Previous Debtors, this disclosure is made out of an abundance of caution. The Previous Cases were closed on June 6, 2013.

ALC Holdings LLC – 11-13853 (MFW)
ALC HC, Inc. – 11-13854 (MFW)
American Laser Centers LLC – 11-13855 (MFW)
ALC of Alabama LLC – 11-13856 (MFW)
ALC of Arizona LLC – 11-13857 (MFW)
American Laser Centers of California LLC – 11-13883 (MFW)
ALC of Colorado LLC – 11-13858 (MFW)
ALC of Connecticut LLC – 11-13859 (MFW)
ALC of Florida LLC – 11-13861 (MFW)
ALC of Georgia LLC – 11-13860 (MFW)
ALC of Illinois LLC – 11-13863 (MFW)
ALC of Indiana LLC – 11-13862 (MFW)
ALC of Iowa LLC – 11-13864 (MFW)
ALC of Kansas LLC – 11-13865 (MFW)
ALC of Louisiana LLC – 11-13866 (MFW)
ALC of Massachusetts LLC – 11-13867 (MFW)
ALC of Michigan LLC – 11-13868 (MFW)
ALC of Minnesota LLC – 11-13869 (MFW)
ALC of Missouri LLC – 11-13870 (MFW)
ALC of Nevada LLC – 11-13871 (MFW)
ALC of New York LLC – 11-13872 (MFW)
ALC of North Carolina LLC – 11-13873 (MFW)
ALC of Pennsylvania LLC – 11-13875 (MFW)
American Laser Centers of Puerto Rico LLC – 11-13884 (MFW)
ALC of South Carolina LLC – 11-13874 (MFW)
ALC of Tennessee LLC – 11-13876 (MFW)
ALC of Texas LLC – 11-13877 (MFW)
ALC of Utah LLC – 11-13878 (MFW)
ALC of Virginia LLC – 11-13879 (MFW)
ALC of Washington LLC – 11-13880 (MFW)
ALC of Wisconsin LLC – 11-13881 (MFW)
ALC Licensor, LLC – 11-13885 (MFW)
ALC Products, LLC – 11-13882 (MFW)

01: 11633986.1

**SCHEDULE 2**

On the date hereof, each of the affiliated entities listed below (including the Debtor in this chapter 7 case) filed in this Court a petition for relief under chapter 7 of the title 11 of the United States Code.

1. American Laser Skincare, LLC
2. Bellus ALC Holdings, LLC
3. Bellus ALC of Alabama, LLC
4. Bellus ALC of Arizona, LLC
5. Bellus ALC of California, LLC
6. Bellus ALC of Colorado, LLC
7. Bellus ALC of Connecticut, LLC
8. Bellus ALC of Florida, LLC
9. Bellus ALC of Georgia, LLC
10. Bellus ALC of Illinois, LLC
11. Bellus ALC of Indiana, LLC
12. Bellus ALC of Iowa, LLC
13. Bellus ALC of Kansas, LLC
14. Bellus ALC of Louisiana, LLC
15. Bellus ALC of Maryland, LLC
16. Bellus ALC of Massachusetts, LLC
17. Bellus ALC of Michigan, LLC
18. Bellus ALC of Minnesota, LLC
19. Bellus ALC of Missouri, LLC
20. Bellus ALC of Nevada, LLC
21. Bellus ALC of New York, LLC
22. Bellus ALC of North Carolina, LLC
23. Bellus ALC of Pennsylvania, LLC
24. Bellus ALC of Puerto Rico, LLC
25. Bellus ALC of South Carolina, LLC
26. Bellus ALC of Tennessee, LLC
27. Bellus ALC of Texas, LLC
28. Bellus ALC of Utah, LLC
29. Bellus ALC of Virginia, LLC
30. Bellus ALC of Washington, LLC
31. Bellus ALC of Wisconsin, LLC

## SECRETARIAL CERTIFICATE

The undersigned, being the Secretary of American Laser Skincare, LLC, a Delaware limited liability company (the "Company"), hereby certifies as follows:

1. I am the duly qualified and elected Secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Company.

2. Attached hereto is a true and complete copy of the Resolutions of the Board of Managers (the "Board"), duly adopted at a properly convened meeting of the Board on December 3, 2014, by vote of the managers, in accordance with the Delaware Limited Liability Company Act and the Limited Liability Company Agreement of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked, and are in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board of the Company relating to the matters set forth in the resolution attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 3rd day of December, 2014.

_____
Thomas A. Kennedy
Secretary

01:16304399.2

## RESOLUTIONS OF THE BOARD OF MANAGERS OF
## AMERICAN LASER SKINCARE, LLC

WHEREAS, the Board of Managers has reviewed the financial condition of the Company and has reviewed and considered the recommendations of the management of the Company and the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of title 11 of the United States Code (the "**Bankruptcy Code**");

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Managers, it is desirable and in the best interests of the Company, its creditors and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 7 of the Bankruptcy Code; and it is further

RESOLVED, that each of the officers of the Company (each, an "**Authorized Representative**") be, and each of them, acting alone or in any combination, hereby is, authorized on behalf of the Company to execute and verify a petition under chapter 7 of the Bankruptcy Code and to take any and all steps deemed by any such Authorized Representative to be necessary or desirable to cause such petition to be filed in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), such petition to be filed at such time as the Authorized Representative executing the petition shall determine and to be in the form approved by the Authorized Representative executing such petition, such approval to be conclusively evidenced by the execution, verification and filing thereof; and it is further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP be, and hereby is, retained as bankruptcy counsel to represent the Company in connection with the Company's chapter 7 case, to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the chapter 7 case, and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 7 case, and to take any and all further action or execute and deliver any and all such further instruments and documents to pay all such expenses, where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is further

RESOLVED, that the Authorized Representatives be, and each of them, acting alone and in any combination, hereby is, authorized on behalf of the Company to execute and file in the Company's chapter 7 case all petitions, schedules, motions, lists, applications, forms, affidavits, declarations, pleadings and other papers, and, in connection therewith, to take and perform any and all further acts and deeds that any such Authorized Representative deems necessary or desirable in connection with the Company's chapter 7 case; and it is further

RESOLVED, that the Authorized Representatives be, and each of them, acting alone or in any combination, hereby is, authorized on behalf of the Company to adopt resolutions and otherwise exercise the rights and powers of the Company as such Authorized Representative

01:16304399.2

1

may deem necessary, appropriate or desirable as a member of any of the subsidiaries of the Company that are limited liability companies, and that thereupon such resolutions shall be deemed adopted as and for the resolutions of each such subsidiary of the Company; and it is further

RESOLVED, that the Authorized Representatives be, and each of them, acting alone or in any combination, hereby is, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all steps deemed by any such Authorized Representative to be necessary or desirable to carry out fully the intent and accomplish the purposes of each of the resolutions adopted herein; and it is further

RESOLVED, that any and all actions heretofore taken by any Authorized Representative of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed and approved in all respects.