## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>AMERICAN LASER SKINCARE, LLC, *et al.*,<br><br>                           Debtors. [1] | Chapter 7<br><br>Case No. 14-12685 (BLS) |

### NOTICE OF MOTION OF ALFRED T. GIULIANO, CHAPTER 7 TRUSTEE, FOR ENTRY OF AN ORDER APPROVING STIPULATION WITH BELLUS ALC FUNDING, LLC AS AGENT FOR FUNDING, USE OF CASH COLLATERAL AND GRANTING OF RELEASES

To:     The Debtors' landlords and equipment lessors.

          PLEASE TAKE NOTICE that on January 13, 2015, Alfred T. Giuliano, chapter 7 trustee (the "**Chapter 7 Trustee**") to the estates of the above-captioned debtors, filed the *Motion For Entry Of An Order Approving A Stipulation By And Between The Chapter 7 Trustee And Bellus ALC Funding, LLC, As Agent For The Lenders For Funding, Use Of Cash Collateral And Granting Of Releases* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.  A copy of the Motion will be provided to you upon request of the Chapter 7 Trustee's proposed counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A., Court Plaza North, 25 Main Street, Hackensack, NJ 07601 (Attn: Ryan T. Jareck, Esq.), Email: rjareck@coleschotz.com.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: American Laser Skincare, LLC (4698); Bellus ALC Holdings, LLC (0343); Bellus ALC of Alabama, LLC (8558); Bellus ALC of Arizona, LLC (8562); Bellus ALC of California, LLC (8573); Bellus ALC of Colorado, LLC (8570); Bellus ALC of Connecticut, LLC (8574); Bellus ALC of Florida, LLC (8579); Bellus ALC of Georgia, LLC (8578); Bellus ALC of Illinois, LLC (8583); Bellus ALC of Indiana, LLC (8587); Bellus ALC of Iowa, LLC (8593); Bellus ALC of Kansas, LLC (8594); Bellus ALC of Louisiana, LLC (8605); Bellus ALC of Maryland, LLC (8432); Bellus ALC of Massachusetts, LLC (8606); Bellus ALC of Michigan, LLC (8608); Bellus ALC of Minnesota, LLC (8560); Bellus ALC of Missouri, LLC (8585); Bellus ALC of Nevada, LLC (8566); Bellus ALC of New York, LLC (8569); Bellus ALC of North Carolina, LLC (8572); Bellus ALC of Pennsylvania, LLC (8581); Bellus ALC of Puerto Rico, LLC (8576); Bellus ALC of South Carolina, LLC (8580); Bellus ALC of Tennessee, LLC (8588); Bellus ALC of Texas, LLC (8592); Bellus ALC of Utah, LLC (8602); Bellus ALC of Virginia, LLC (8603); Bellus ALC of Washington, LLC (8599); Bellus ALC of Wisconsin, LLC (8607). The Debtors' mailing address is 4555 Hallwood Court, Farmington Hills, MI 48335.

Dated: January 13, 2015
Wilmington, Delaware

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**

By:     */s/ Norman L. Pernick*
   Norman L. Pernick (No. 2290)
   500 Delaware Avenue, Suite 1410
   Wilmington, DE  19801
   Telephone:  (302) 652-3131
   Facsimile:  (302) 652-3117

   and

   Ryan T. Jareck
   Court Plaza North, 25 Main Street
   Hackensack, NJ 07601
   Telephone: (201) 489-3000
   Facsimile:  (201) 489-1536

   *Proposed Counsel For Alfred T. Giuliano,*
   *Chapter 7 Trustee*